Ryan R. Janis, PA Bar No. 307705
Jekielek & Janis
203 E. Pennsylvania Blvd.
Feasterville, PA 19053
T: 215-337-4860
F: 267-386-2167
ryan@jj-lawyers.com

Attorney for Plaintiff
Joe Hand Promotions, Inc.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA
# PHOENIX DIVISION

-----------------------------------------------------x
Joe Hand Promotions, Inc.,                Case No.: 2:23-cv-02677-DWL

                Plaintiff,

  v.                                        NOTICE OF SETTLEMENT

Mill Ave Entertainment Group LLC, et al.,

                Defendants.
-----------------------------------------------------x

TO THE COURT:

PLEASE TAKE NOTICE that Plaintiff and Defendants have reached a settlement of all claims in the above-referenced case. A settlement agreement is being circulated between the parties, and an executed Notice of Voluntary Dismissal with prejudice of the entire action will be filed with the Court within thirty (30) days. The parties hereby request that the Court vacate all pending due dates, hearings, conferences and/or appearances.

RESPECTFULLY SUBMITTED this the 4th day of January, 2024.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

/s/ Ryan R. Janis
Ryan R. Janis, Esq
Attorney for Plaintiff
Joe Hand Promotions, Inc.